**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period of 01/01/2020 to 12/31/2020
**Case Number: 18-15671 (ABA)**

Robin M. Hanley
1115 Eldridge Avenue
Haddon Township, NJ  08107

Monthly Payment: $471.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/07/2020 | $217.55 | 01/22/2020 | $217.55 | 02/05/2020 | $217.55 | 02/24/2020 | $217.55 |
| 03/04/2020 | $217.55 | 03/18/2020 | $217.55 | 03/31/2020 | $217.55 | 04/14/2020 | $217.55 |
| 04/28/2020 | $217.55 | 05/12/2020 | $217.55 | 05/27/2020 | $217.55 | 06/10/2020 | $217.55 |
| 06/23/2020 | $217.55 | 07/07/2020 | $217.55 | 07/21/2020 | $217.55 | 08/11/2020 | $218.00 |
| 08/20/2020 | $217.00 | 09/01/2020 | $217.55 | 09/16/2020 | $217.55 | 09/21/2020 | $250.00 |
| 09/29/2020 | $217.55 | 10/21/2020 | $217.55 | 11/03/2020 | $217.55 | 11/10/2020 | $217.55 |
| 11/25/2020 | $217.55 | 12/15/2020 | $217.55 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | ROBIN M. HANLEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,860.00 | $2,860.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $790.20 | $790.20 | $0.00 | $790.20 |
| 0 | JENKINS & CLAYMAN | 13 | $2,943.50 | $2,943.50 | $0.00 | $0.00 |
| 1 | AMERICAN EDUCATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $8,093.84 | $1,331.54 | $6,762.30 | $1,039.33 |
| 3 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,950.73 | $320.92 | $1,629.81 | $250.49 |
| 5 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $202.24 | $33.28 | $168.96 | $25.98 |
| 7 | NAVIENT SOLUTIONS, LLC | 33 | $210.45 | $210.45 | $0.00 | $164.26 |
| 8 | DISCOVER BANK | 33 | $7,755.77 | $1,275.93 | $6,479.84 | $995.91 |
| 9 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $527.42 | $527.42 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,216.46 | $529.15 | $2,687.31 | $413.02 |
| 12 | CAPITAL ONE, N.A. | 33 | $339.00 | $55.77 | $283.23 | $43.53 |
| 13 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,461.41 | $240.42 | $1,220.99 | $187.66 |
| 14 | MADISON TRUST COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUICKEN LOANS, INC. | 24 | $605.97 | $605.97 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $692.39 | $113.90 | $578.49 | $88.90 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $10,598.48 | $1,743.59 | $8,854.89 | $1,360.95 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,042.89 | $336.09 | $1,706.80 | $262.34 |
| 19 | SILVER CLOUD FINANCIAL INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SPOTLOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN**
**WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|------------|------------------|
| 21 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TD BANK, N.A. | 33 | $5,084.81 | $836.52 | $4,248.29 | $652.94 |
| 24 | THOMAS HANLEY (HUSBAND) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NAVIENT PC TRUST | 33 | $1,213.30 | $1,213.30 | $0.00 | $947.04 |
| 29 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 28 | $14,080.00 | $5,060.21 | $9,019.79 | $2,794.64 |
| 31 | STATE OF NEW JERSEY | 28 | $1,298.24 | $526.21 | $772.03 | $332.29 |
| 32 | STATE OF DELAWARE | 28 | $935.00 | $224.51 | $710.49 | $46.06 |

**Case Steps**

| Start Date | No. Months | Payment |
|-----------|-----------|---------|
| 04/01/2018 | 22.00 | $0.00 |
| 02/01/2020 | Paid to Date | $19,292.08 |
| 03/01/2020 | 17.00 | $471.00 |
| 08/01/2021 | 20.00 | $871.00 |
| 04/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,688.65 |
| Total paid to creditors this period: | $10,395.54 |
| Undistributed Funds on Hand: | $398.56 |
| Arrearages: | ($108.45) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**