**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

- 0 Valuation of Security
- 0 Assumption of Executory Contract or Unexpired Lease
- 0 Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:
Robin M. Hanley

Case No.: 18-15671

Judge: ABA

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 12/15/2021

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: EJC    Initial Debtor: RHM    Initial Co-Debtor: _____

### Part 1:    Payment and Length of Plan

a. The debtor has paid $29,766.83 through November 2021.  Debtor shall resume payments to the Chapter 13 Trustee, starting in December 2021 in the amount of $871 per month for approximately 14 months for a total plan length of 58 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

  a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1000 in estimated fees subject to court approval |
| IRS | 2018 Income Tax | $10,500 (est) |
| State of NJ Division of Taxation | 2018 Income Tax | $1,798.24 |
| State of Deleware Division of Taxation | 2018 Income Tax | $935 |

  b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

  ☒ None

  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

## Part 4:   Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Quicken loans (mortgage loan) & GM Financial (car loan)

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ __0__ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| All student loan debt | Long-term debt | Paid outside plan, not through Chapter 13 Trustee | In full |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Allowed administrative claims
3) Allowed priority claims
4) Allowed secured claims
5) Allowed unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 12/15/2021  .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| IRS set off claim its claim by applying $3,657 of 2020 tax refund. | 1. To reduce IRS claim in plan
2. To reduce length of plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 12/15/2021                                               /s/ Robin M. Hanley
                                                                            Debtor

Date: _____                      _____
                                                                            Joint Debtor

Date: 12/15/2021                                               /s/ Eric J. Clayman
                                                                            Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-15671-ABA |
| Robin M Hanley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 17, 2021 | Form ID: pdf901 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin M Hanley, 1115 Eldridge Avenue, Haddon Township, NJ 08107-1823 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517404848 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517565551 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517525788 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517409386 | + | Daughter, 1115 Eldridge Avenue, Oaklyn, NJ 08107-1823 |
| 517404860 | + | Madison Trust Group, PO Box 203, Batesland, SD 57716-0203 |
| 518430911 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 517476565 | + | Shore Physicians Group, PO Box 14000, Belfast, ME 04915-4033 |
| 517404864 | | Silver Cloud Financial Inc, 635 East Hwy 20 C, Upper Lake, CA 95485 |
| 517404865 | | Spotloan, 614 Chief Little Shell St NE, Belcourt, ND 58316 |
| 518366705 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |
| 517448517 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517404869 | + | Thomas Hanley (husband), 1115 Eldridge Avenue, Oaklyn, NJ 08107-1823 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517451165 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2021 20:36:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517404847 | + | Email/Text: bncnotifications@pheaa.org | Dec 17 2021 20:36:00 | American Education Services, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 517404850 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 20:44:06 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517404849 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2021 20:44:01 | CareCredit/Synchrony Bank, PO BOX 960061, Orlando, FL 32896-0061 |
| 517404852 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 20:36:00 | Comenity - Boscov's, PO BOX 659622, San Antonio, TX 78265-9622 |
| 517404855 | | Email/Text: mrdiscen@discover.com | Dec 17 2021 20:35:00 | Discover Financial Service LLC, PO BOX 15316, Wilmington, DE 19850 |
| 517531467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 20:44:25 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517404859 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 20:44:25 | Macy's, PO Box 9001094, Louisville, KY |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | 40290-1094 |
| 517984216 | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2021 20:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517404853 | + Email/Text: electronicbkydocs@nelnet.net | Dec 17 2021 20:36:00 | Department of Ed/ Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517404854 | Email/Text: mrdiscen@discover.com | Dec 17 2021 20:35:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517423577 | Email/Text: mrdiscen@discover.com | Dec 17 2021 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517404856 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2021 20:36:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 517404857 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 20:44:25 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518366703 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2021 20:35:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 517404851 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2021 20:44:11 | Chase Cardmember Service, PO BOX 1423, Charlotte, NC 28201 |
| 517404858 | Email/Text: PBNCNotifications@peritusservices.com | Dec 17 2021 20:35:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517672052 | Email/PDF: pa_dc_claims@navient.com | Dec 17 2021 20:44:04 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517432996 | + Email/PDF: pa_dc_claims@navient.com | Dec 17 2021 20:44:13 | Navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 517646046 | Email/PDF: pa_dc_claims@navient.com | Dec 17 2021 20:44:13 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517544988 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2021 20:44:23 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517569069 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2021 20:44:14 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517569051 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2021 20:44:13 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517499801 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 17 2021 20:36:00 | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 517540604 | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2021 20:36:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517547936 | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2021 20:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517404861 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 17 2021 20:36:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517404866 | + Email/PDF: gecsedi@recoverycorp.com | Dec 17 2021 20:44:11 | SYNCB/PayPal, PO BOX 965005, Orlando, FL 32896-5005 |
| 517404862 | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2021 20:44:11 | Sam's Club/Synchrony Bank, PO BOX 530942, Atlanta, GA 30353-0942 |
| 517404863 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 20:44:06 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518366704 | Email/Text: REV_Bankruptcy_General@state.de.us | Dec 17 2021 20:36:00 | State of Delaware, Division of Revenue, PO Box 830, Wilmington DE 19899-0830 |

Case 18-15671-ABA    Doc 88    Filed 12/19/21    Entered 12/20/21 00:15:59    Desc Imaged
Certificate of Notice    Page 13 of 13

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: pdf901 | Total Noticed: 51 |

| 518553199 | + Email/Text: REV_Bankruptcy_General@state.de.us | | |
|---|---|---|---|
| | | Dec 17 2021 20:36:00 | State of Delaware Division of Revenue, Kathleen Book, PO Box 8763, Wilmington, DE 19899-8763 |
| 517404867 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 17 2021 20:44:11 | Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 517408174 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 17 2021 20:44:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517404868 | Email/Text: bankruptcy@td.com | | |
| | | Dec 17 2021 20:36:00 | TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517543680 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Robin M Hanley mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Robin M Hanley mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Nicholas V. Rogers | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7