| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, New Jersey 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br><br>Robin Hanley<br>Debtor | |



**Order Filed on January 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 18-15671 ABA |
| Adv. No.: | |
| Hearing Date: | January 11, 2022 at 10:00 a.m. |
| Judge: | Honorable Andrew B. Altenburg, Jr. |

# ORDER EXPUNGING PROOF OF CLAIM FILED ON BEHALF OF THE INTERNAL REVENUE SERVICE

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: January 11, 2022**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Robin Hanley |
| Case No: | 18-15671 ABA |
| Caption of Order: | Order Expunging Proof of Claim Filed on Behalf of the Internal Revenue Service |

Upon consideration of Jenkins & Clayman's motion to expunge proof of claim filed by the Internal Revenue Service, and good cause appearing therefore, it is hereby:

**ORDERED** that:

The proof of claim filed on behalf of the Internal Revenue Service is hereby expunged.