Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 18-15671 (ABA)**

Robin M. Hanley  
1115 Eldridge Avenue  
Haddon Township, NJ  08107

Monthly Payment: $871.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2021 | $217.55 | 01/21/2021 | $217.55 | 02/09/2021 | $217.55 | 02/23/2021 | $217.55 |
| 03/01/2021 | $217.55 | 03/05/2021 | $217.55 | 03/17/2021 | $217.55 | 03/31/2021 | $217.55 |
| 04/13/2021 | $217.55 | 04/28/2021 | $217.55 | 05/13/2021 | $217.55 | 05/26/2021 | $217.55 |
| 06/09/2021 | $217.55 | 06/24/2021 | $217.55 | 07/08/2021 | $217.55 | 07/20/2021 | $217.55 |
| 08/05/2021 | $217.55 | 08/17/2021 | $217.55 | 09/01/2021 | $217.55 | 09/16/2021 | $217.55 |
| 10/05/2021 | $217.55 | 10/13/2021 | $217.55 | 10/28/2021 | $217.55 | 11/10/2021 | $217.55 |
| 11/24/2021 | $217.55 | 12/13/2021 | $217.55 | 12/28/2021 | $217.55 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBIN M. HANLEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,860.00 | $2,860.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $790.20 | $790.20 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,943.50 | $2,943.50 | $0.00 | $2,943.50 |
| 1 | AMERICAN EDUCATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $8,093.84 | $1,331.54 | $6,762.30 | $0.00 |
| 3 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,950.73 | $320.92 | $1,629.81 | $0.00 |
| 5 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $202.24 | $33.28 | $168.96 | $0.00 |
| 7 | NAVIENT SOLUTIONS, LLC | 33 | $210.45 | $210.45 | $0.00 | $0.00 |
| 8 | DISCOVER BANK | 33 | $7,755.77 | $1,275.93 | $6,479.84 | $0.00 |
| 9 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $527.42 | $527.42 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,216.46 | $529.15 | $2,687.31 | $0.00 |
| 12 | CAPITAL ONE, N.A. | 33 | $339.00 | $55.77 | $283.23 | $0.00 |
| 13 | DEPARTMENT STORES NATIONAL BANK | 33 | $1,461.41 | $240.42 | $1,220.99 | $0.00 |
| 14 | MADISON TRUST COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ROCKET MORTGAGE, LLC | 24 | $605.97 | $605.97 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $692.39 | $113.90 | $578.49 | $0.00 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $10,598.48 | $1,743.59 | $8,854.89 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,042.89 | $336.09 | $1,706.80 | $0.00 |
| 19 | SILVER CLOUD FINANCIAL INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | SPOTLOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 21 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TD BANK, N.A. | 33 | $5,084.81 | $836.52 | $4,248.29 | $0.00 |
| 24 | THOMAS HANLEY (HUSBAND) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NAVIENT PC TRUST | 33 | $1,213.30 | $1,213.30 | $0.00 | $0.00 |
| 29 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 28 | $14,080.00 | $9,510.11 | $4,569.89 | $2,265.57 |
| 31 | STATE OF NEW JERSEY | 28 | $1,298.24 | $907.11 | $391.13 | $193.92 |
| 32 | STATE OF DELAWARE | 28 | $935.00 | $575.01 | $359.99 | $178.45 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2018 | 22.00 | $0.00 |
| 02/01/2020 | Paid to Date | $19,292.08 |
| 03/01/2020 | 17.00 | $471.00 |
| 08/01/2021 | 20.00 | $871.00 |
| 04/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,873.85 |
| Total paid to creditors this period: | $5,581.44 |
| Undistributed Funds on Hand: | $597.84 |
| Arrearages: | $1,669.70 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**