**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Robin M. Hanley, debtor | CHAPTER 13 CASE NO.: 18-15671-ABA |
| | CERTIFICATION TO WITHDRAW |

I, Eric J Clayman, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On February 15, 2022, our office filed a Modified Chapter 13 Plan (Doc #93).

2. We respectfully request that this entry be withdrawn.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  June 7, 2022                                    /s/ Eric J Clayman
                                                        Eric J Clayman, Esquire