UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JENKINS & CLAYMAN
412 White Horse Pike
Audubon, NJ  08106
856-546-9696

In Re:

   Robin M. Hanley

Debtor(s)

Case No.:       __ _18-15671___

Chapter:       _____13_____

Hearing Date:  _____

Judge:       ____ABA_____

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☐ Settled          ☒ Withdrawn

Matter:  __We seek to withdraw the client's Modified Chapter 13 plan (docket # 93).

_____

_____

Date: June 7, 2022_____          Eric J. Clayman
_____

                                         Signature

*rev.8/1/15*