Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15671−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin M Hanley
   1115 Eldridge Avenue
   Haddon Township, NJ 08107

Social Security No.:
   xxx−xx−4632

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 28, 2020.

On November 22, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            December 14, 2022
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 2, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robin M Hanley  
    Debtor

Case No. 18-15671-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Nov 02, 2022      Form ID: 185      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin M Hanley, 1115 Eldridge Avenue, Haddon Township, NJ 08107-1823 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517409386 | + | Daughter, 1115 Eldridge Avenue, Oaklyn, NJ 08107-1823 |
| 517404860 | + | Madison Trust Group, PO Box 203, Batesland, SD 57716-0203 |
| 518430911 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 517476565 | + | Shore Physicians Group, PO Box 14000, Belfast, ME 04915-4033 |
| 517404864 | | Silver Cloud Financial Inc, 635 East Hwy 20 C, Upper Lake, CA 95485 |
| 517404865 | | Spotloan, 614 Chief Little Shell St NE, Belcourt, ND 58316 |
| 518366705 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |
| 517448517 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517404869 | + | Thomas Hanley (husband), 1115 Eldridge Avenue, Oaklyn, NJ 08107-1823 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517451165 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 02 2022 20:40:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517404847 | + | Email/Text: bncnotifications@pheaa.org | Nov 02 2022 20:39:00 | American Education Services, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 517404848 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 02 2022 20:39:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517565551 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 02 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517404850 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2022 20:45:19 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517525788 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2022 20:45:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517404849 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2022 20:45:14 | CareCredit/Synchrony Bank, PO BOX 960061, Orlando, FL 32896-0061 |
| 517404852 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2022 20:40:00 | Comenity - Boscov's, PO BOX 659622, San Antonio, TX 78265-9622 |
| 517404855 | | Email/Text: mrdiscen@discover.com | Nov 02 2022 20:39:00 | Discover Financial Service LLC, PO BOX 15316, Wilmington, DE 19850 |

Case 18-15671-ABA   Doc 112   Filed 11/04/22   Entered 11/05/22 00:13:53   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: 185 | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517531467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2022 20:45:11 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517404859 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2022 20:45:11 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 517984216 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2022 20:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517404853 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 02 2022 20:40:00 | Department of Ed/ Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517404854 | | Email/Text: mrdiscen@discover.com | Nov 02 2022 20:39:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517423577 | | Email/Text: mrdiscen@discover.com | Nov 02 2022 20:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517404856 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 02 2022 20:40:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 517404857 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2022 20:45:19 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518366703 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2022 20:40:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 517404851 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 02 2022 20:45:14 | Chase Cardmember Service, PO BOX 1423, Charlotte, NC 28201 |
| 517404858 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2022 20:39:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517672052 | | Email/PDF: pa_dc_claims@navient.com | Nov 02 2022 20:45:08 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517432996 | + | Email/PDF: pa_dc_ed@navient.com | Nov 02 2022 20:45:23 | Navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 517646046 | | Email/PDF: pa_dc_ed@navient.com | Nov 02 2022 20:45:08 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517544988 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2022 20:45:18 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517569069 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2022 20:45:09 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517569051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2022 20:45:24 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517499801 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 02 2022 20:40:00 | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 517540604 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2022 20:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517547936 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2022 20:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517404861 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 02 2022 20:40:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517404866 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2022 20:45:16 | SYNCB/PayPal, PO BOX 965005, Orlando, FL 32896-5005 |
| 517404862 | | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2022 20:45:08 | Sam's Club/Synchrony Bank, PO BOX 530942, Atlanta, GA 30353-0942 |
| 517404863 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 02 2022 20:45:25 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518366704 | | Email/Text: REV_Bankruptcy_General@state.de.us | Nov 02 2022 20:40:00 | State of Delaware, Division of Revenue, PO Box 830, Wilmington DE 19899-0830 |
| 518553199 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Nov 02 2022 20:40:00 | State of Delaware Division of Revenue, Kathleen Book, PO Box 8763, Wilmington, DE 19899-8763 |
| 517404867 | | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2022 20:45:16 | Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 517408174 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2022 20:45:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517404868 | | Email/Text: bankruptcy@td.com | Nov 02 2022 20:40:00 | TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517543680 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Robin M Hanley mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Robin M Hanley mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Nicholas V. Rogers | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |

District/off: 0312-1      User: admin      Page 4 of 4
Date Rcvd: Nov 02, 2022      Form ID: 185      Total Noticed: 51

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7