Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-15671 (ABA)

Robin M. Hanley  
1115 Eldridge Avenue  
Haddon Township, NJ  08107

Monthly Payment: $1,393.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2022 | $217.55 | 01/25/2022 | $217.55 | 02/10/2022 | $217.55 | 02/22/2022 | $217.55 |
| 03/03/2022 | $217.55 | 03/16/2022 | $217.55 | 03/30/2022 | $217.55 | 04/12/2022 | $217.55 |
| 04/27/2022 | $217.55 | 05/11/2022 | $273.00 | 05/24/2022 | $273.00 | 06/07/2022 | $273.00 |
| 06/22/2022 | $273.00 | 07/06/2022 | $273.00 | 07/19/2022 | $273.00 | 08/08/2022 | $273.00 |
| 08/16/2022 | $273.00 | 08/30/2022 | $273.00 | 09/26/2022 | $273.00 | 09/27/2022 | $273.00 |
| 10/18/2022 | $273.00 | 10/25/2022 | $273.00 | 11/08/2022 | $696.50 | 11/22/2022 | $250.00 |
| 12/07/2022 | $250.00 | 12/21/2022 | $250.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBIN M. HANLEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,860.00 | $2,860.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $790.20 | $790.20 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,965.00 | $2,965.00 | $0.00 | $0.00 |
| 1 | AMERICAN EDUCATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $8,093.84 | $2,426.84 | $5,667.00 | $0.00 |
| 3 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,950.73 | $584.91 | $1,365.82 | $0.00 |
| 5 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $202.24 | $60.65 | $141.59 | $0.00 |
| 7 | NAVIENT SOLUTIONS, LLC | 33 | $210.45 | $210.45 | $0.00 | $0.00 |
| 8 | DISCOVER BANK | 33 | $7,755.77 | $2,325.49 | $5,430.28 | $0.00 |
| 9 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $527.42 | $527.42 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,216.46 | $964.41 | $2,252.05 | $0.00 |
| 12 | CAPITAL ONE, N.A. | 33 | $339.00 | $101.64 | $237.36 | $0.00 |
| 13 | DEPARTMENT STORES NATIONAL BANK | 33 | $240.42 | $240.42 | $0.00 | $0.00 |
| 14 | MADISON TRUST COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ROCKET MORTGAGE, LLC | 24 | $605.97 | $605.97 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $692.39 | $207.58 | $484.81 | $0.00 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $10,598.48 | $3,177.84 | $7,420.64 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,042.89 | $612.55 | $1,430.34 | $0.00 |
| 19 | SILVER CLOUD FINANCIAL, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 20 | SPOTLOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TD BANK, N.A. | 33 | $5,084.81 | $1,524.62 | $3,560.19 | $0.00 |
| 24 | THOMAS HANLEY (HUSBAND) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NAVIENT PC TRUST | 33 | $1,213.30 | $1,213.30 | $0.00 | $0.00 |
| 29 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 28 | $9,833.94 | $9,833.94 | $0.00 | $4,449.90 |
| 31 | STATE OF NEW JERSEY | 28 | $1,298.24 | $1,298.24 | $0.00 | $380.90 |
| 32 | STATE OF DELAWARE | 28 | $935.00 | $935.00 | $0.00 | $350.50 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2018 | 51.00 | $0.00 |
| 07/01/2022 | Paid to Date | $33,580.33 |
| 08/01/2022 | 8.00 | $1,393.00 |
| 04/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,953.45 |
| Total paid to creditors this period: | $5,181.30 |
| Undistributed Funds on Hand: | $457.01 |
| Arrearages: | $3,607.50 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**