Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.: 18−15671−ABA
                                        Chapter: 13
                                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin M Hanley
   1115 Eldridge Avenue
   Haddon Township, NJ 08107

Social Security No.:
   xxx−xx−4632

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on February 28, 2020.

   On 4/21/2023 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                May 24, 2023
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 21, 2023
JAN: lgr

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robin M Hanley  
    Debtor

Case No. 18-15671-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Apr 21, 2023      Form ID: 185      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin M Hanley, 1115 Eldridge Avenue, Haddon Township, NJ 08107-1823 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517409386 | + | Daughter, 1115 Eldridge Avenue, Oaklyn, NJ 08107-1823 |
| 517404860 | + | Madison Trust Group, PO Box 203, Batesland, SD 57716-0203 |
| 518430911 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 517476565 | + | Shore Physicians Group, PO Box 14000, Belfast, ME 04915-4033 |
| 517404864 | | Silver Cloud Financial Inc, 635 East Hwy 20 C, Upper Lake, CA 95485 |
| 517404865 | | Spotloan, 614 Chief Little Shell St NE, Belcourt, ND 58316 |
| 518366705 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |
| 517448517 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517404869 | + | Thomas Hanley (husband), 1115 Eldridge Avenue, Oaklyn, NJ 08107-1823 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2023 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2023 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517451165 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 21 2023 20:25:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517404847 | + | Email/Text: bncnotifications@pheaa.org | Apr 21 2023 20:25:00 | American Education Services, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 517404848 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 21 2023 20:24:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517565551 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 21 2023 20:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517404850 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 20:30:45 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517525788 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2023 20:42:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517404849 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 20:30:38 | CareCredit/Synchrony Bank, PO BOX 960061, Orlando, FL 32896-0061 |
| 517404852 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2023 20:25:00 | Comenity - Boscov's, PO BOX 659622, San Antonio, TX 78265-9622 |
| 517404855 | | Email/Text: mrdiscen@discover.com | Apr 21 2023 20:24:00 | Discover Financial Service LLC, PO BOX 15316, Wilmington, DE 19850 |

Case 18-15671-ABA    Doc 122    Filed 04/23/23    Entered 04/24/23 00:14:14    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: 185 | Total Noticed: 51 |

| Recipient | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 517531467 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 20:31:15 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517404859 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 20:31:02 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 517984216 | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2023 20:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517404853 | + Email/Text: electronicbkydocs@nelnet.net | Apr 21 2023 20:25:00 | Department of Ed/ Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517404854 | Email/Text: mrdiscen@discover.com | Apr 21 2023 20:24:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517423577 | Email/Text: mrdiscen@discover.com | Apr 21 2023 20:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517404856 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 21 2023 20:25:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 517404857 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 20:31:16 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518366703 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2023 20:25:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 517404851 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2023 20:31:09 | Chase Cardmember Service, PO BOX 1423, Charlotte, NC 28201 |
| 517404858 | Email/Text: PBNCNotifications@peritusservices.com | Apr 21 2023 20:24:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517672052 | Email/PDF: pa_dc_claims@navient.com | Apr 21 2023 20:30:59 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517432996 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 21 2023 20:31:10 | Navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 517646046 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 21 2023 20:31:10 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517544988 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2023 20:31:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517569069 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2023 20:31:15 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517569051 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2023 20:31:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517499801 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 21 2023 20:25:00 | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 517540604 | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2023 20:25:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517547936 | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2023 20:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517404861 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 21 2023 20:25:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517404866 | + Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 20:31:09 | SYNCB/PayPal, PO BOX 965005, Orlando, FL 32896-5005 |
| 517404862 | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 20:31:09 | Sam's Club/Synchrony Bank, PO BOX 530942, Atlanta, GA 30353-0942 |
| 517404863 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: 185 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 21 2023 20:31:16 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518366704 | | Email/Text: REV_Bankruptcy_General@state.de.us | Apr 21 2023 20:25:00 | State of Delaware, Division of Revenue, PO Box 830, Wilmington DE 19899-0830 |
| 518553199 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Apr 21 2023 20:25:00 | State of Delaware Division of Revenue, Kathleen Book, PO Box 8763, Wilmington, DE 19899-8763 |
| 517404867 | | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 20:30:58 | Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 517408174 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 20:30:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517404868 | | Email/Text: bankruptcy@td.com | Apr 21 2023 20:25:00 | TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517543680 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Robin M Hanley mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Nicholas V. Rogers | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Apr 21, 2023 | Form ID: 185 | Total Noticed: 51

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7