Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15671−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin M Hanley
   1115 Eldridge Avenue
   Haddon Township, NJ 08107

Social Security No.:
   xxx−xx−4632

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 28, 2023.

Dated: September 28, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-15671-ABA

Robin M Hanley  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Sep 28, 2023  Form ID: plncf13  Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin M Hanley, 1115 Eldridge Avenue, Haddon Township, NJ 08107-1823 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517409386 | + | Daughter, 1115 Eldridge Avenue, Oaklyn, NJ 08107-1823 |
| 517404860 | + | Madison Trust Group, PO Box 203, Batesland, SD 57716-0203 |
| 518430911 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 517476565 | + | Shore Physicians Group, PO Box 14000, Belfast, ME 04915-4033 |
| 517404864 | | Silver Cloud Financial Inc, 635 East Hwy 20 C, Upper Lake, CA 95485 |
| 517404865 | | Spotloan, 614 Chief Little Shell St NE, Belcourt, ND 58316 |
| 518366705 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton NJ 08695-0445 |
| 517448517 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517404869 | + | Thomas Hanley (husband), 1115 Eldridge Avenue, Oaklyn, NJ 08107-1823 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2023 22:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2023 22:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517451165 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2023 22:50:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 517404847 | + | Email/Text: bncnotifications@pheaa.org | Sep 28 2023 22:50:00 | American Education Services, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 517404848 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 28 2023 22:49:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517565551 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 28 2023 22:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517404850 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 23:12:35 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517525788 | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2023 23:08:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517404849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 23:10:40 | CareCredit/Synchrony Bank, PO BOX 960061, Orlando, FL 32896-0061 |
| 517404852 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2023 22:50:00 | Comenity - Boscov's, PO BOX 659622, San Antonio, TX 78265-9622 |
| 517404855 | | Email/Text: mrdiscen@discover.com | Sep 28 2023 22:49:00 | Discover Financial Service LLC, PO BOX 15316, Wilmington, DE 19850 |

Case 18-15671-ABA    Doc 131    Filed 09/30/23    Entered 10/01/23 00:17:03    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: plncf13 | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517531467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 23:10:52 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517404859 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 23:12:01 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 517984216 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2023 22:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517404853 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 28 2023 22:50:00 | Department of Ed/ Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517404854 | | Email/Text: mrdiscen@discover.com | Sep 28 2023 22:49:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517423577 | | Email/Text: mrdiscen@discover.com | Sep 28 2023 22:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517404856 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2023 22:50:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 517404857 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 23:38:42 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518366703 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2023 22:50:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 517404851 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2023 22:38:52 | Chase Cardmember Service, PO BOX 1423, Charlotte, NC 28201 |
| 517404858 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 28 2023 22:49:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517672052 | | Email/PDF: pa_dc_claims@navient.com | Sep 28 2023 23:09:04 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517432996 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 28 2023 23:09:27 | Navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 517646046 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 28 2023 23:09:19 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517544988 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2023 22:38:54 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517569069 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2023 23:11:58 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517569051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2023 23:09:36 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517499801 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2023 22:51:00 | QUICKEN LOANS INC., QUICKEN LOANS, INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 517540604 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2023 22:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517547936 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2023 22:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517404861 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2023 22:51:00 | Quicken Loans Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517404866 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 23:10:23 | SYNCB/PayPal, PO BOX 965005, Orlando, FL 32896-5005 |
| 517404862 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 23:09:19 | Sam's Club/Synchrony Bank, PO BOX 530942, Atlanta, GA 30353-0942 |
| 517404863 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | | | | |
|---|---|---|---|---|---|
| | | | Sep 28 2023 22:37:03 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 | |
| 518366704 | | Email/Text: REV_Bankruptcy_General@state.de.us | | | |
| | | | Sep 28 2023 22:50:00 | State of Delaware, Division of Revenue, PO Box 830, Wilmington DE 19899-0830 | |
| 518553199 | + | Email/Text: REV_Bankruptcy_General@state.de.us | | | |
| | | | Sep 28 2023 22:50:00 | State of Delaware Division of Revenue, Kathleen Book, PO Box 8763, Wilmington, DE 19899-8763 | |
| 517404867 | | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Sep 28 2023 22:38:40 | Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 | |
| 517408174 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Sep 28 2023 22:38:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 517404868 | | Email/Text: bankruptcy@td.com | | | |
| | | | Sep 28 2023 22:50:00 | TD Bank, N.A., PO Box 84037, Columbus, GA 31908-4037 | |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517543680 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Robin M Hanley mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Nicholas V. Rogers | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7